**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Dontrell Rufus and "John Doe," Defendants,

Of whom Dontrell Rufus is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2022-000314

───────────────

Appeal From Richland County
Michelle M. Hurley, Family Court Judge

───────────────

Unpublished Opinion No. 2022-UP-349
Submitted August 29, 2022 – Filed August 30, 2022

───────────────

**AFFIRMED**

───────────────

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem.

———————

**PER CURIAM:** Dontrell Rufus appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Rufus's counsel.

**AFFIRMED.**[1]

**GEATHERS, MCDONALD, and HILL, JJ., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.